JACOB M. HARPER (State Bar No. 259463)
  jacobharper@dwt.com
NICOLE S. PHILLIS (State Bar No. 291266)
  nicolephillis@dwt.com
HEATHER F. CANNER (State Bar No. 292837)
  heathercanner@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorney for Defendant
THE KROGER CO.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY LORENTZEN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE KROGER CO., an Ohio corporation; and DOES 1-10, inclusive,<br><br>Defendant. | Case No. **2:20-cv-06754-SB-RAO**<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO STAY MATTER**<br><br>[PROPOSED ORDER LODGED CONCURRENTLY]<br><br>Assigned to the Hon. Assigned to the Hon. Stanley Blumenfeld, Jr.<br><br>Action Filed: July 28, 2020 |

Pursuant to Local Rule 40-2, the Parties hereby jointly notify the court that they have reached a settlement in the above-captioned case, resolving their dispute in its entirety.  The Parties anticipate being able to finalize an individual settlement and file a stipulation of dismissal of this matter in its entirety within twenty-eight (28) days.

To avoid any further expense, and in the interests of judicial economy, the Parties stipulate to stay all discovery and depositions and hereby jointly apply to this Court to stay all current deadlines, including the July 16, 2021, deadline for Plaintiff to move for class certification, and stay the matter for twenty-eight (28) days from today's date, *i.e.*, up to and including August 6, 2021, to permit the parties to finalize a settlement agreement and to file a stipulation for dismissal of the matter.

All signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


DATED: July 9, 2021                    MILSTEIN JACKSON FAIRCHILD & WADE, LLP
                                       GILLIAN L. WADE
                                       SARA D. AVILA
                                       MARC A. CASTANEDA


                                       By: _____*/s/ Gillian L. Wade*_____
                                                 Gillian L. Wade

                                       Attorneys for Plaintiff
                                       AMY LORENTZEN

NOTICE OF SETTLEMENT & REQUEST TO STAY MATTER
4851-0720-7665v.1 0108587-000087

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DATED: July 9, 2021

DAVIS WRIGHT TREMAINE LLP
JACOB M. HARPER
NICOLE S. PHILLIS
HEATHER F. CANNER


By: _____/s/ *Jacob M. Harper*_____
                    Jacob M. Harper

Attorneys for Defendant
THE KROGER CO.

2
NOTICE OF SETTLEMENT & REQUEST TO STAY MATTER

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899