Case 2:20-cv-06754-SB-RAO  Document 47  Filed 09/09/21  Page ID #:363

FILED
CLERK, U.S. DISTRICT COURT
September 9, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY LORENTZEN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE KROGER CO. an Ohio corporation; and DOES 1–10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-06754-SB-RAO<br>Hon. Stanley Blumenfeld, Jr.<br><br>**ORDER GRANTING AMENDED JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii) AS TO PLAINTIFF AMY LORENTZEN'S INDIVIDUAL CLAIMS ONLY**<br><br>Orig. Compl.: July 28, 2020<br>Orig. Resp. Pldg.: April 16, 2021 |

The Court, having considered the parties' Amended Joint Stipulation for Voluntary Dismissal with Prejudice Pursuant to Rule 41(a)(1)(A)(ii) as to Plaintiff Amy Lorentzen's Individual Claims Only, and good cause appearing therefor, hereby ORDERS that this Action is hereby DISMISSED WITH PREJUDICE as to named Plaintiff Amy Lorentzen and WITHOUT PREJUDICE as to the putative class.[1]

IT IS SO ORDERED.

Dated: September 9, 2021

_____
Stanley Blumenfeld, Jr.
United States District Judge

---

[1] The parties informally approved this modified order on September 9, 2021.